FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

25 AUG 26 AM 10: 57

# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

Civil Action No. _____

CHARLES K. ASHLEY, JR.,
**Plaintiff,**

v.

CITY OF ENGLEWOOD, COLORADO; TAMARA NILES, in her Official Capacity; and ROBERT KELLERMAN,
**Defendants.**

)
)
)
)
)
)
)
)

## COMPLAINT AND JURY DEMAND

**Plaintiff, Charles K. Ashley, Jr., by and through himself, *pro se*, for his Complaint against the above-named Defendants, alleges as follows:**

PRELIMINARY STATEMENT

1. This action arises from a municipal government's deliberate and knowing subversion of its own laws to confer a private benefit upon one citizen at the expense of another, thereby transforming its police power into an instrument of private malice. The City of Englewood, orchestrated by its chief legal officer, Defendant Niles, has engaged in a pattern of conduct so arbitrary, so irrational, and so devoid of a legitimate governmental purpose that it shocks the conscience and violates the foundational guarantee of the Fourteenth Amendment: that government must treat like cases alike. This is not a mere dispute over zoning minutiae; it is a case study in the corruption of law by local power, where the tools of government are wielded not for public health, safety, or welfare, but for harassment, favoritism, and the avoidance of municipal liability.

JURISDICTION AND VENUE

2. This Court has federal question jurisdiction pursuant to 28 U.S.C. § 1331 over the claims arising under 42 U.S.C. § 1983 and the Fourteenth Amendment. Supplemental jurisdiction exists over the pendant state law claims under 28 U.S.C. § 1367.

3. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b)(2) as a substantial part of the events and omissions giving rise to the claims occurred herein.

PARTIES

4. **Plaintiff Charles K. Ashley, Jr.** is the owner and resident of the real property located at 3324 W. Chenango Avenue, Englewood, Colorado.

5. **Defendant City of Englewood** ("the City") is a municipal corporation and political subdivision of the State of Colorado.

6. **Defendant Tamara Niles** is the City Attorney of Englewood. At all times material, she acted under color of state law within the scope of her official duties and is sued in her official capacity for injunctive and declaratory relief.

7. **Defendant Robert Kellerman** is the owner of the real property located at 3316 W. Chenango Avenue, Englewood, Colorado. The City's selective non-enforcement of its codes confers a direct, tangible, and illicit benefit upon him.

FACTUAL ALLEGATIONS

**The Illegality of the Kellerman Structure**

8. The Kellerman garage is an accessory structure in an R-1-A zoning district, subject to a five-foot side yard setback pursuant to Englewood Municipal Code ("EMC") § 16-6-1.2.

9. The City's zoning scheme is predicated on a clear and unambiguous rule: **"Setbacks shall be unobstructed from the ground to the sky except for the projections specifically allowed in Section 16-6-1.F EMC."** This establishes a bright-line rule with narrowly drawn exceptions.

10. On August 10, 2023, the City's own Community Development Team conducted an investigation. Their report conclusively established two independent violations:
   a. **Eave Length Violation:** The team measured the eave extension at **25.5 inches**. EMC § 16-6-G.b(3) explicitly limits eave extensions to a maximum of **24 inches**. The violation is a mathematical certainty.
   b. **Setback Encroachment:** The team's report admitted it could not determine if the eave encroached on the setback because it failed to measure from the property line, relying instead on the homeowner's unverified assertion. The report concluded, **"we are unable to determine whether the projection of the eaves into the setback constitutes a violation."**

11. Mr. Ashley was forced to procure, at his own expense ($2,200), a professional land survey. The survey definitively proved the garage encroaches upon the mandated setback.

**The City's Bad-Faith Cover-Up and Selective Enforcement**

12. Rather than enforce the code against Defendant Kellerman, City Attorney Tamara Niles orchestrated a cover-up.

13. Ms. Niles advanced a legally frivolous interpretation that a standard, load-bearing **truss roof eave** qualifies as an "architectural feature" under EMC § 16-6-1.F.5(b). This interpretation is:

a. **Contradicted by Definition:** "Architectural features" (e.g., cornices, belt courses, bay windows) are decorative. A structural eave is a primary load-bearing component. It was never designated as an architectural feature in any plan, permit, or the City's own report.

b. **Contradicted by City Staff:** A City roof inspector privately confirmed to Mr. Ashley that Ms. Niles's conflation of "roof overhang" (shingles) with "eave overhang" (structure) is a fundamental error.

c. **Contradicted by Common Sense:** Nowhere in the subdivision has any other garage's eave been classified as an "architectural feature" to circumvent setback laws.

14. Ms. Niles imposed a *de facto* gag order, instructing city staff not to communicate with Mr. Ashley, thus actively suppressing the truth and impeding his ability to redress his grievance.

15. This campaign of protection stands in stark contrast to the City's aggressive enforcement of minor, ornamental code violations against Mr. Ashley himself, initiated by Defendant Kellerman.

**The Acknowledged Conflict and Administrative Runaround**

16. The City's Codes Division Manager, Dave Lewis Jr., explicitly recused himself from Mr. Ashley's case, stating in writing: **"I must recuse myself from rendering any professional advice or direction as I live on your block with my family which would be a conflict."**

17. This recusal admits the profound conflict of interest and potential for favoritism that infects the City's enforcement mechanisms, lending credence to the claim of selective treatment.

CLAIMS FOR RELIEF

**COUNT I**
**42 U.S.C. § 1983 – VIOLATION OF EQUAL PROTECTION (CLASS OF ONE)**
**(Against City Defendants)**

18. Plaintiff realleges paragraphs 1-17.

19. The City Defendants, acting under color of state law, have intentionally and irrationally treated Mr. Ashley differently from others similarly situated, namely Defendant Kellerman.

20. There is no rational basis for (a) fabricating a legal defense for Kellerman's violations while (b) aggressively prosecuting Mr. Ashley for minor infractions.

21. This selective treatment was motivated by a malicious or bad faith intent to injure Mr. Ashley and to protect the City from liability for its own negligent permitting.

**COUNT II**
**DECLARATORY JUDGMENT**
**(Against All Defendants)**

22. Plaintiff realleges paragraphs 1-21.

23. An actual, justiciable controversy exists. Plaintiff seeks a judicial declaration that:
    a. The garage at 3316 W. Chenango Ave. violates EMC §§ 16-6-1 and 16-6-G.b(3).
    b. A structural eave is not an "architectural feature" under EMC § 16-6-1.F.5(b).

**COUNT III**
**MANDAMUS**
**(Against City Defendants)**

24. Plaintiff realleges paragraphs 1-23.
25. The City has a clear, ministerial, and non-discretionary duty to enforce its codes upon finding a violation.
26. The City's refusal to act, based on a knowingly false legal premise, is an arbitrary and capricious abuse of discretion.
27. Plaintiff has no adequate remedy at law.

**COUNT IV**
**INVERSE CONDEMNATION**
**(Against City Defendants)**

28. Plaintiff realleges paragraphs 1-27.
29. By knowingly permitting and defending a permanent physical encroachment, the City has authorized a private nuisance that materially and permanently impairs Mr. Ashley's property rights, constituting a compensable taking without just compensation.

**JURY DEMAND**

30. Plaintiff hereby demands a trial by jury on all issues so triable.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully requests this Court enter judgment in his favor and against Defendants as follows:

A. A declaratory judgment as set forth in Count II;
B. A writ of mandamus compelling the City to enforce its code against Defendant Kellerman;
C. Compensatory damages pursuant to 42 U.S.C. § 1983 in an amount to be proven at trial, but not less than $162,200;
D. Attorneys' fees and costs pursuant to 42 U.S.C. § 1988;
E. Pre- and post-judgment interest at the highest rate allowed by law; and
F. Any other further relief the Court deems just and proper.

Respectfully submitted,

Charles K. Ashley, Jr., *pro se*
3324 W. Chenango Avenue
Englewood, Colorado 80110
(303) 669-2953

## VERIFICATION

Under penalty of perjury under the laws of the State of Colorado, I declare that the foregoing is true and correct to the best of my knowledge.

Executed on this ___26___ day of ___AuG___, 2025.

*Charles K. Ashley*

Charles K. Ashley, Jr.


## EXHIBIT LIST

The following documents, attached hereto, are incorporated by reference as if fully set forth herein:

- **Exhibit A:** Building Permit for 3316 W. Chenango Ave., issued March 5, 2019.
- **Exhibit B:** City of Englewood Community Development Report, "Measurements for 3316 S Chenango," dated August 10, 2023.
- **Exhibit C:** Professional Land Survey Plat for 3324 & 3316 W. Chenango Ave., conducted by Power Surveying Company Inc., dated September 19, 2023.
- **Exhibit D:** Email Chain from Dave Lewis Jr., Codes Division Manager, City of Englewood, dated August 17, 2023, regarding recusal.
- **Exhibit E:** Letter from Victoria McDermott, Deputy City Attorney, to Charles Ashley, dated June 13, 2023.
- **Exhibit F:** Follow-up Email from Victoria McDermott to Charles Ashley, dated July 19, 2023.
- **Exhibit G:** Photos of property 3316 W Chenango Ave

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO**

Civil Action No. _____

CHARLES K. ASHLEY, JR.,

Plaintiff,

v.

CITY OF ENGLEWOOD, COLORADO; TAMARA NILES, in her Official Capacity; and ROBERT KELLERMAN,

Defendants.

**TABLE OF EXHIBITS**

**Exhibit A** Building Permit for 3316 W. Chenango Ave., issued March 5, 2019.

**Exhibit B** City of Englewood Community Development Report, "Measurements for 3316 S Chenango," dated August 10, 2023.

**Exhibit C** Professional Land Survey Plat for 3324 & 3316 W. Chenango Ave., conducted by Power Surveying Company Inc., dated September 19, 2023.

**Exhibit D** Email Chain from Dave Lewis Jr., Codes Division Manager, City of Englewood, dated August 17, 2023, regarding recusal.

**Exhibit E** Letter from Victoria McDermott, Deputy City Attorney, to Charles Ashley, dated June 13, 2023.

**Exhibit F** Follow-up Email from Victoria McDermott to Charles Ashley, dated July 19, 2023.

**Exhibit G** Photos of property 3316 W Chenango Ave.

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO**

Civil Action No. _____

CHARLES K. ASHLEY, JR.,

Plaintiff,

v.

CITY OF ENGLEWOOD, COLORADO; TAMARA NILES, in her Official Capacity; and
ROBERT KELLERMAN,

Defendants.

)
)
)
)
)
)
)

**EXHIBIT A**

**2019 Building Permit for 3316 W. Chenango Ave.**

**Issued by City of Englewood**

**Number of Pages: 18**



B19-00067

1000 Englewood Parkway * Englewood, CO 80110 * 303-762-2356*303-762-2357 * Fax: 303-762-2362

## BUILDING PERMIT APPLICATION  or  DEMOLITION PERMIT APPLICATION (please circle)

Job Address: __3316 W. Chenango Ave Englewood, Co 80110__

Occupant: __Bob Kellerman__          Occupant Phone: __720.607.0534__

Contractor Name: __Self__

Registration No._____          Contractor Phone: _____

E-MAIL: __Kellermanbob@gmail.com__

Contractor Address: __3316 W. Chenango Ave Englewood, Co 80110__

Property Owner Name: __Bob Kellerman__

Property Owner Address: __3316 W. Chenango Ave Englewood, Co 80110__

Type of Work: __X__ New _____ Addition _____ Remodel _____ Demolition

Class of Work: __X__ Residential – single family or duplex (circle one) _____ Residential – multifamily (circle one)

_____ Commercial _____ Assembly _____ Industrial _____ Educational _____ Institutional

Describe the work you will be doing below:

__Adding a new detached garage.__

__New electrical sub panel from the house.__

Valuation: __$20,000.00__          (materials and labor) (include all trades except Fire)

I certify that all information listed herein is accurate, to the best of my knowledge, and understand that any misrepresentation of facts on this application may result in the suspension or revocation of any permit issued, or the denial of the issuance of a permit

Print Name: __Bob Kellerman__

Signature of Applicant: ██████████          Date: __2/20/19__

Revised 3/14/2017

12/29/16

# Single Family Residential One Story Detached Garage

## Directions

**1.** Fill in the blanks on pages 2 and 4 with dimensions and materials which will be used to build the structure. Please print legibly.

**2.** Indicate in the check boxes on page 4 which details from page 5 will be used.

*Note: Heated garages will require insulation, such as ceilings, walls and foundation.*

**Address:**
3316 W. Chenango Ave
Englewood, Co 80110

Received

FEB 2 0 2019

Building Division

## Floor Plan



Dimension __24'__

Locate and detail bracing

**✔ Check one**
☐ Garage is heated
☒ Garage is not heated

**✔ Check one**
Indicate rafter or truss direction

Show door and window header sizes and location and size of landing in front of door

3½" minimum concrete slab

Floor slope

Dimension __30'__

( 1 ) 1-3/4" x 11-7/8" header   LVL DF2800V
*(example: (2) 2 x 12*

**Note:**
If roof trusses or rafters bear on header, special header design may be required

Double 2x4 or 2x6 trimmers each end of overhead door header

? DOOR.?

Garage door opening

Garage door opening width __18'__

Dimension* __4'-8"__ 6"

\* If less than 4' see Braced Wall Panel Detail on page 5 to comply with section R602.10.6.2 (IRC) (minimum width 16" with wall 10' high)

Dimension __1-6__

## 

This handout was developed by the Colorado Chapter of the International Code Council as a basic plan submittal under the 2015 International Residential Code. It is not intended to cover all circumstances. Check with your Department of Building Safety for additional requirements.

3|5|19

DIVISION OF BUILDING AND SAFETY
CITY OF ENGLEWOOD, COLORADO

No deviation from approved documents is permitted in construction without prior approval.

2



# Single Family Residential One Story Detached Garage

## Site Plan Example

12/29/16

Received

FEB 2 0 2019

Building Division

This handout was developed by the Colorado Chapter of the International Code Council as a basic plan submittal under the 2015 International Residential Code. It is not intended to cover all circumstances. Check with your Department of Building Safety for additional requirements.

3



PE TRUSS SPEC. REQUIRED ON-SITE FOR ROUGH FRAMING.

12/29/16

# Single Family Residential One Story Detached Garage

Note: For roofs with slopes less than 4:12, follow manufacturer's instructions for low slope application of roofing material.

Received FEB 2 0 2019 Building Division

☒ Truss or 2x____ rafters spaced _24"_ O.C.
(example: Put checkmark in box -or- 2 x 10 Rafters Spaced 24")

Sheathing _7/16" OSB_
(example: 1/2" exterior plywood)

Minimum 1x____ ridge board
(example: 1 x 12)

Roof covering _ARCHITECTURAL 3TAB_
(example: Class A 3 lap shingles)

Underlayment _1 LAYER #15 FELT_
(example: 1 layer #15 felt)

**Building Section**

12 pitch | 5

Provide roof tie downs
Solid 2x blocking between rafters that are 2x12 or greater

Ceiling Insulation ___N/A___
(if heated - example: R-38)

2x____ ceiling joists @ ___N/A___ O.C.
(example: 2 x 8 @ 24" O.C.)

1x4" collar ties @ 48" o.c.

Double 2x_4_ top plate
(example: 2 x 6)

TRUSS TO HAVE BOTTOM CHORD

Span

Span _23'8"_
(example: 23'5")

Note: Pre-engineered roof trusses w/truss clips may be used in lieu of roof structure shown.

Ceiling height___9'___
(example: 8')

Diagonal wind bracing or braced wall panels @ corners and each 20' of wall.

Siding _LAP HARDIE BOARD_
(example: lap or T-111)

Wall sheathing _7/16" OSB_
(example: 1/2" exterior plywood)

Max.10" wall height

2x_4_ studs @ _16"_ O.C.
(example: 2 x 6 @ 24" O.C.)

**A**

Concrete Encased Ground required for new service

**B**

Cont. 2x_4_ sill plate
(example: 2 x 6 decay resistant)

Wall Insulation ___N/A___
(if heated - example: R-20 Fiberglass Batts)

✔ Check one
☒ Foundation Detail A
☐ Foundation Detail B
(see page 5)

Foundation Insulation ___N/A___
(if heated - example: R-10)

Footing size ___N/A___ X
(example: 8" x 16")

This handout was developed by the Colorado Chapter of the International Code Council as a basic plan submittal under the 2015 International Residential Code. It is not intended to cover all circumstances. Check with your Department of Building Safety for additional requirements.

4



# Single Family Residential One Story Detached Garage

## Foundation Detail A

Max. 10' wall height

1/2" x 10" steel anchor bolts 6'-0" O.C. max., 7" min. penetration max. 12" from corner and 12" from each end of plate (min. 2 bolts per plate).

Lap siding over foundation a minimum of 1".

Bottom plate shall be treated or be separated from concrete by an impervious moisture barrier and be 8" above grade.

Finished grade

6"

18"

3 1/2" Minimum Concrete Slab

3"

#4 rebar min. cont. top & bottom with 18" laps

12"

Note: Check with local building department for dwelling soils. Caissons may be required.

## Foundation Detail B

Lap siding over foundation a minimum of 1".

1/2" x 10" steel anchor bolts 6'-0" O.C. max., 7" min. penetration max. 12" from corner and 12" from each end of plate (min. 2 bolts per plate).

Bottom plate shall be min. 8" above grade, or be treated wood or decay resistive wood

6" min.

Finished grade

3 1/2" Minimum concrete slab

Fiberboard expansion joint

36" min. or below frost depth

Provide #4 rebar vert. @ 4'-0" O.C. insert rebar into concrete footing or key way

Note: Check with local building department for dwelling soils. Caissons may be required.

#4 rebar min. continuous top of stemwall & at footing with 18" laps

3"

## Braced Wall Panel Detail figure 602.10.6.2

Extent of header with double portal frame (two braced wall panels)

Extent of header with single portal frame (one braced wall panel)

2' -18' Finished width of opening for single or double portal

Tension strap per table R602.10.6.4 (on opposite side of sheathing)

Fasten King stud to header with 6 16D sinkers

pony wall height

Min. 3" x 11.25" Net Header

Typical portal frame construction

Fasten top plate to header with two rows of 16D sinker nails at 3" o.c. Typ.

1,000 lb. strap opposite sheathing

Fasten plate to header with two rows of 16D sinker nails at 3" O.C. typ.

Fasten sheathing to header with 8D common or galvanized box nails in 3" grid pattern as shown and 3" O.C. in all framing (studs, blocking, and sills) typ.

Min length of panel per table R602.10.5

Min. double 2x4 framing     Min. double 2x4 post

3/8" min. thickness wood structural panel sheathing with 8D common or galvanized box nails at 3"o.c. in all framing( studs, blocking, and sills) Typ

Min.(2) 3,500 lb. tie-down device (embedded into concrete and nailed into framing

Min (1) 5/8" diameter anchor bolts  installed per section R403.1.6-with 2"x2" x3/16" plate washer

Min. reinforcing of foundation, one #4 bar top and bottom . Lap bars 15" min.

For a panel splice (if needed), panel edges shall be blocked, and occur within 24" of mid-height. One row of typ. sheathing-to-framing nailing is required. If 2x4 blocking is used, the 2x4's must be nailed together with 3 16D sinkers

Min. 1,000 lb. tie down device

Min. 3/8" wood structural panel sheathing

10' max. total wall height     proposed height

Min. footing size under opening is 12"x12" a turndown slab shall be permitted at door openings

This handout was developed by the Colorado Chapter of the International Code Council as a basic plan submittal under the 2015 International Residential Code. It is not intended to cover all circumstances. Check with your Department of Building Safety for additional requirements.

5



GARAGE MOVED FORWARD (62% of Scale); Takeoff in Active Area: All Areas; GARAGE II; BK BIDS; 2/20/2019 11:52 AM

edgenet

# Pro Garage Design™



**Plan View**

Received

FEB 2 0 2019

Building Division



Warning and Important Instructions:  This is not a final design plan or estimate. Edgenet, LLC. assumes no responsibility for the correct use or output of this program.  All information contained on this page is subject to the terms in the disclaimer located at the end of this document.

Copyright © 1989-2019 Edgenet, LLC.

Doc ID 9eed9643-4425-49a8-a679-13303db22149

edgenet

# Pro Garage Design™



### Dimension View



Warning and Important Instructions:  This is not a final design plan or estimate. Edgenet, LLC. assumes no responsibility for the correct use or output of this program.  All information contained on this page is subject to the terms in the disclaimer located at the end of this document.

Copyright © 1989-2019 Edgenet, LLC.

edgenet

# Pro Garage Design™



### Right Side View



Warning and Important Instructions:  This is not a final design plan or estimate. Edgenet, LLC. assumes no responsibility for the correct use or output of this program.  All information contained on this page is subject to the terms in the disclaimer located at the end of this document.

Copyright © 1989-2019 Edgenet, LLC.

Ashely v. City of Englewood et al        Exhibit A

Doc ID 9aed9843-4425-49a8-a679-13303db22149

edgenet

# Pro Garage Design™



**Left Side View**



Warning and Important Instructions:  This is not a final design plan or estimate. Edgenet, LLC. assumes no responsibility for the correct use or output of this program.  All information contained on this page is subject to the terms in the disclaimer located at the end of this document.

Copyright © 1989-2019 Edgenet, LLC.

Ashely v. City of Englewood et al              Exhibit A              Doc ID 9eed9643-4425-49a8-a679-13303db22149

edgenet

# Pro Garage Design™



**Front View**



Warning and Important Instructions:  This is not a final design plan or estimate. Edgenet, LLC. assumes no responsibility for the correct use or output of this program.  All information contained on this page is subject to the terms in the disclaimer located at the end of this document.

Copyright © 1989-2019 Edgenet, LLC.

Doc ID 9eed9643-4425-49a8-a579-13303db22149

edgenet

# Pro Garage Design™



**Back View**



Warning and Important Instructions: This is not a final design plan or estimate. Edgenet, LLC. assumes no responsibility for the correct use or output of this program. All information contained on this page is subject to the terms in the disclaimer located at the end of this document.

Copyright © 1989-2019 Edgenet, LLC.

**Noble Truss Colorado, Inc.**
P. O. Box 446
7449 N. Peterson Rd.
Sedalia, CO 80135
(303) 791-1712   Fax: (303) 346-0571

Project: 3316 W Chenango Ave      Block No:
Model:                            Lot No:

Contact:   Site:                  Office:
Name:      Ronald Ermold          Ronald Ermold
Phone:     (303) 794-0352         (303) 794-0352
Fax:       (303) 797-4068         (303) 797-4068

**To:**
Home Depot 1519
3000 W Bellview Ave
Littleton, CO 80123

**Deliver To:**
| T106192 | ATTIC TRUSSES |
3316 Chenango Ave
Englewood, CO 80110

**Quotation**

Job Number:    190204
Page:          1
Date:          02 11 19 11 19 48

Account No:    355548418
Designer:      / CY
Salesperson:   Inside Sales
Quote Number:  190204
P.O. Number:

| Profile | Qty | Truss Id: | Span: | Truss Type: | Slope | LOH | ROH | |
|---------|-----|-----------|-------|-------------|-------|-----|-----|---|
| | 14 | T01 151 lbs each | 23-08-00 2 X 6 / 2 X 8 | ATTIC | 08-01-03 5.00 | 02-00-00 | 02-00-00 | |
| | 2 | T01GE 150 lbs each | 23-08-00 2 X 6  2 X 4 | COMMON | 08-01-03 5.00 | 02-00-00 | 02-00-00 | *CODE CYCLE?* |

Miscellaneous Items
Quantity:   Description:
2R          H2.5T

Quote price is valid for 14 days. Quote must be accepted and produced within current production time specified by Noble Truss or may require re-pricing.
We will be manufacturing your job to the attached specs. All dimensions and loading must be verified by the customer. Please submit these designs to a qualified professional architect or engineer for review prior to construction. Signature indicates acceptance of this job as designed.
Payment is due in full prior to delivery. Unpaid balances shall accrue interest at 1.5% per month. In the event collection is necessary, customer agrees to pay all attorney's fees and costs of collection incurred by Noble Truss, Inc.
We do not guarantee delivery at a specific date or time, but will attempt to meet your needs.

ACCEPTED BY:_____ DATE:_____

| Retail |
|--------|
| $3,097.32 |

**Customer Signature Required on Truss Order confirming counts, spans and all other truss profile specifications prior to order being released to production.  Fax signed page (360) 604-7476, OR email PDF TO hdc_truss@homedepot.com**

Customer Signature **X**_____

Date_____

*✕ NOT ACCEPTABLE UNLESS P.E. SEALED W/ 2015 IRC CALCULATIONS ✕*

23-08-00



23-08-00



**NOBLE TRUSS COLORADO**
7449 N Peterson Road
Sedalia, Co 80135
(303) 781-7742

| Customer Name | | Quote Number | - One (1) H2 5T per ply @ each bearing U.N.O. |
|---|---|---|---|
| *Home Depot 1519* | | 190204 | - All truss to truss connections are nailed U N O |
| | | Loading Info | - It is the building designer's |
| Drawn By  Cooper Yialouris | Date  2/11/2019 | 30.00  TC LL | responsibility to review and |
| Site Information | | 10.00  TC DL | approve all connectors prior |
| | | 0.00  BC LL | to production  Please submit |
| 3316 Chenango Ave | | 10.00  BC DL | any changes to Noble Truss |
| Englewood Co | | | prior to production |

Ashely City Englewood et al    Foot 00 A    Page 21

| Job | Truss | Truss Type | Qty | Ply | 3316 W Cherango Ave |
|---|---|---|---|---|---|
| 190204 | T01 | ATTIC | 14 | 1 | |

Noble Truss Colorado Inc., Sedalia CO.

Job Reference (optional)

Run: 8.220 s  May 29 2018 Print: 8.220 s May 29 2018 MiTek Industries, Inc  Mon Feb 11 11 17 17 2019  Page 1
ID:GWMAHY3JbZ5KLpfyyWA_uhzxMP2-8qnAiHMCiAyX8YnMqqyJhL36vynxNaKXXCvCk2zmD3G

Scale = 1 49 9

**Plate Offsets (X,Y)--** [2:0-2-4,0-2-0], [5:0-3-0,Edge], [8:0-2-4,0-2-0], [11:0-3-8,0-5-12], [12:0-3-8,0-5-12]

| LOADING (psf) | | SPACING- | 2-0-0 | CSI. | | DEFL. | in | (loc) | l/defl | L/d | PLATES | GRIP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TCLL | 30.0 | Plate Grip DOL | 1.15 | TC | 0.84 | Vert(LL) | -0.41 | 11-12 | >687 | 240 | MT20 | 197/144 |
| (Roof Snow=30.0) | | Lumber DOL | 1.15 | BC | 0.65 | Vert(CT) | -0.66 | 11-12 | >427 | 180 | | |
| TCDL | 10.0 | Rep Stress Incr | YES | WB | 0.39 | Horz(CT) | 0.01 | 10 | n/a | n/a | | |
| BCLL | 0.0 * | Code IRC2015/TPI2014 | | Matrix-MS | | Attic | -0.26 | 11-12 | 570 | 360 | Weight: 152 lb | FT = 10% |
| BCDL | 10.0 | | | | | | | | | | | |

| LUMBER- | | BRACING- | |
|---|---|---|---|
| TOP CHORD | 2x6 SPF 1650F 1.5E | TOP CHORD | Structural wood sheathing directly applied or 5-6-0 oc purlins, except end verticals. |
| BOT CHORD | 2x6 DF-N 1950F 1.7E | BOT CHORD | Rigid ceiling directly applied or 10-0-0 oc bracing |
| WEBS | 2x4 SPF No.2 | | MiTek recommends that Stabilizers and required cross bracing be installed during truss erection, in accordance with Stabilizer Installation guide. |

**REACTIONS.** (lb/size)  14=1575/0-5-8  (min. 0-1-14), 10=1575/0-5-8  (min. 0-1-14)
Max Horz 14=-130(LC 12)
Max Uplift14=-245(LC 14), 10=-245(LC 15)
Max Grav14=1736(LC 2), 10=1736(LC 2)

**FORCES.** (lb) - Max. Comp./Max. Ten. - All forces 250 (lb) or less except when shown.
TOP CHORD  2-15=-1750/122, 3-15=-1626/145, 3-16=-1554/243, 16-17=-1523/247, 4-17=-1427/270,
4-5=0/1662, 5-6=0/1662, 6-18=-1427/270, 18-19=-1523/247, 7-19=-1554/243,
7-20=-1626/144, 8-20=-1750/121, 2-14=-1806/375, 8-10=-1806/375
BOT CHORD  11-12=-42/1491
WEBS  7-11=-308/397, 3-12=-308/397, 2-12=-25/1597, 8-11=-25/1597, 4-6=-3115/109

**NOTES-**
1) Wind: ASCE 7-10; Vult=139mph (3-second gust) Vasd=110mph; TCDL=6.0psf; BCDL=6.0psf; h=25ft; Cat. II; Exp C; Enclosed; MWFRS (envelope) gable end zone and C-C Exterior(2) -2-0-0 to 1-0-0, Interior(1) 1-0-0 to 11-10-0, Exterior(2) 11-10-0 to 14-10-0, Interior(1) 14-10-0 to 25-8-0 zone; cantilever left and right exposed ; end vertical left and right exposed;C-C for members and forces & MWFRS for reactions shown; Lumber DOL=1.60 plate grip DOL=1.60
2) TCLL: ASCE 7-10; Pf=30.0 psf (flat roof snow); Category II; Exp C; Partially Exp ; Ct=1.10
3) Unbalanced snow loads have been considered for this design.
4) This truss has been designed for greater of min roof live load of 16.0 psf or 1.00 times flat roof load of 30.0 psf on overhangs non-concurrent with other live loads.
5) This truss has been designed for a 10.0 psf bottom chord live load nonconcurrent with any other live loads
6) * This truss has been designed for a live load of 20.0psf on the bottom chord in all areas where a rectangle 3-6-0 tall by 2-0-0 wide will fit between the bottom chord and any other members.
7) Ceiling dead load (5.0 psf) on member(s). 3-4, 6-7, 4-6;  Wall dead load (5.0 psf) on member(s).7-11, 3-12
8) Bottom chord live load (40.0 psf) and additional bottom chord dead load (10.0 psf) applied only to room. 11-12
9) Provide mechanical connection (by others) of truss to bearing plate capable of withstanding 100 lb uplift at joint(s) except (jt=lb) 14=245, 10=245.
10) This truss is designed in accordance with the 2015 International Residential Code sections R502 11.1 and R802.10.2 and referenced standard ANSI/TPI 1.
11) Attic room checked for L/360 deflection.

**LOAD CASE(S)** Standard

| Job | Truss | Truss Type | Qty | Ply | 3318 W Chenango Ave |
|---|---|---|---|---|---|
| 190204 | T01GE | Common Supported Gable | 2 | 1 | |

Noble Truss Colorado Inc., Sedalia CO.

Job Reference (optional)

Run 8 220 s  May 29 2018 Print 8 220 s May 29 2018 MiTek Industries, Inc  Mon Feb 11 11 17 18 2019  Page 1
ID GWMAHY3JbZ5KLphyyWA_uhzxMP2-oDLY5dNqTT4OmiMZOOTYEZcRoMAz65mgIsfzGVzmD3F



**LOADING (psf)**

| | | SPACING- | 2-0-0 | CSI. | | DEFL. | in | (loc) | l/defl | L/d | PLATES | GRIP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TCLL | 30.0 | Plate Grip DOL | 1.15 | TC | 0.19 | Vert(LL) | 0 01 | 15 | n/r | 120 | MT20 | 197/144 |
| (Roof Snow=30.0) | | Lumber DOL | 1.15 | BC | 0.16 | Vert(CT) | 0.00 | 15 | n/r | 120 | | |
| TCDL | 10.0 | Rep Stress Incr | YES | WB | 0.19 | Horz(CT) | -0 00 | 16 | n/a | n/a | | |
| BCLL | 0.0 * | Code IRC2015/TPI2014 | | Matrix-R | | | | | | | | |
| BCDL | 10.0 | | | | | | | | | | Weight: 151 lb | FT = 10% |

**LUMBER-**

| | | **BRACING-** | |
|---|---|---|---|
| TOP CHORD | 2x6 SPF 1650F 1.5E | TOP CHORD | Structural wood sheathing directly applied or 6-0-0 oc purlins,  except end verticals. |
| BOT CHORD | 2x4 SPF No.2 | BOT CHORD | Rigid ceiling directly applied or 6-0-0 oc bracing |
| WEBS | 2x4 SPF No.2 | | MiTek recommends that Stabilizers and required cross bracing |
| OTHERS | 2x4 SPF No.2 | | be installed during truss erection, in accordance with Stabilizer Installation guide. |

**REACTIONS.**  All bearings 23-8-0.
(lb) - Max Horz 29=-138(LC 12)
Max Uplift  All uplift 100 lb or less at joint(s) 23, 26, 27, 21, 19, 18 except 29=-259(LC 10), 16=-256(LC 11),
24=-101(LC 14), 28=-110(LC 14), 20=-101(LC 15), 17=-110(LC 15)
Max Grav  All reactions 250 lb or less at joint(s) 22, 26, 27, 28, 19, 18, 17 except 29=349(LC 21), 16=349(LC 22),
23=271(LC 21), 24=256(LC 21), 21=271(LC 22), 20=256(LC 22)

**FORCES.**  (lb) - Max. Comp./Max. Ten. - All forces 250 (lb) or less except when shown.
TOP CHORD   2-29=-336/567, 4-5=-63/272, 5-31=-84/323, 6-31=-70/332, 6-32=-106/391, 7-32=-98/395,
7-8=-123/441, 8-9=-124/438, 9-33=-98/392, 10-33=-106/388, 10-34=-70/329,
11-34=-84/321, 11-12=-63/269, 14-16=-336/563

**NOTES-**
1) Wind  ASCE 7-10; Vult=139mph (3-second gust) Vasd=110mph; TCDL=6.0psf; BCDL=6.0psf; h=25ft; Cat. II, Exp C; Enclosed; MWFRS
(envelope) gable end zone and C-C Corner(3) -2-0-0 to 1-0-0, Exterior(2) 1-0-0 to 11-10-0, Corner(3) 11-10-0 to 14-10-0, Exterior(2)
14-10-0 to 25-8-0 zone; cantilever left and right exposed ; end vertical left and right exposed;C-C for members and forces & MWFRS for
reactions shown; Lumber DOL=1.60 plate grip DOL=1.60
2)  Truss designed for wind loads in the plane of the truss only.  For studs exposed to wind (normal to the face), see Standard Industry
Gable End Details as applicable, or consult qualified building designer as per ANSI/TPI 1.
3) TCLL: ASCE 7-10; Pf=30.0 psf (flat roof snow); Category II; Exp C; Partially Exp.; Ct=1.10
4) Unbalanced snow loads have been considered for this design.
5) This truss has been designed for greater of min roof live load of 16.0 psf or 1.00 times flat roof load of 30.0 psf on overhangs
non-concurrent with other live loads.
6) All plates are 1.5x4 MT20 unless otherwise indicated.
7) Gable requires continuous bottom chord bearing.
8) Truss to be fully sheathed from one face or securely braced against lateral movement (i.e. diagonal web).
9) Gable studs spaced at 2-0-0 oc.
10) This truss has been designed for a 10.0 psf bottom chord live load nonconcurrent with any other live loads.
11) * This truss has been designed for a live load of 20.0psf on the bottom chord in all areas where a rectangle 3-6-0 tall by 2-0-0 wide will
fit between the bottom chord and any other members.
12) Provide mechanical connection (by others) of truss to bearing plate capable of withstanding 100 lb uplift at joint(s) 23, 26, 27, 21, 19, 18
except (jt=lb) 29=259, 16=256, 24=101, 28=110, 20=101, 17=110.
13) This truss is designed in accordance with the 2015 International Residential Code sections R502.11.1 and R802.10 2 and referenced
standard ANSI/TPI 1.

**LOAD CASE(S)**  Standard



# DIVISION OF BUILDING AND SAFETY
# 1000 ENGLEWOOD PARKWAY
# ENGLEWOOD, CO 80110

**BUILDING PERMIT**

PERMIT NO.
**BLD2019-00067**

| | | |
|---|---|---|
| Address of Job | **3316 W CHENANGO AVE** | Date of Application  **02/20/2019** |
| Owner Name | **KELLERMAN, ROBERT S** | |
| Owner Address | **3316 W CHENANGO AVE ENGLEWOOD, CO 80110-6312** | Phone |
| Business/Tenant Name | | |
| Contractor Name | **KELLERMAN, ROBERT S** | City License No  **OL:2100003699** |
| Contractor Address | **3316 W CHENANGO AVE ENGLEWOOD, CO 80110-6312** | Phone |
| Structure Classification | **Other Building** | Class of Work  **New** |
| Description of work | **New Garage** | |

| Setbacks | North: **0** | South: **0** | East: **0** | West: **0** | SF of New Const **720** |
|---|---|---|---|---|---|
| Area at Grade: **720** | Height (Feet): **0** | No of Stories: **0** | Total Units: **0** | CO Reqd? | Occupancy Group |
| Basement: | Garage: | Dimensions: | Const Type: | Use Zone: | |

| Architect/Engineers | License No |
|---|---|

| Required Reviews | Status |
|---|---|
| Admin Review (303)762-2355 | APPROVED |
| Electrical (303)762-2363 | APPROVED W/CON |
| Eng. Resid. (303) 762-2503 | APPROVED W/CON |
| RESIDENTIAL (303)762-2355 | APPROVED W/CON |
| Utilities (303)762-2652 | APPROVED W/CON |
| Zoning (303)762-2349 | APPROVED |

**Remarks**

(2/20/2019 3:20 PM JB)
**NOTE:  Electrical sub panel valuation included in this permit valuation.  Elec. work will be performed by licensed contractor.**

NOTE: Valuation shown shall be based on the estimated total replacement cost to the owner (including labor, materials, equipment and installation). Valuation increases indicated through finance department audits may be subject to permit back-fees.

| Valuation of Work | **$20,000.00** |
|---|---|

**FEES**

| | |
|---|---|
| ARAPCOUNTYOPNSPCTAX .0025 | $ 25.00 |
| BUILDING PERMIT | $ 353.38 |
| SINGLE FAMILY DRAINAGE INS | $ 24.00 |
| USE TAX | $ 350.00 |
| **Total Fees** | **$ 752.38** |

| Approved By  **JB** | Date  **3/5/2019** |
|---|---|
| Permit Issuance Date | **3/5/2019** |

**NOTES TO APPLICANT:**
* Seperate permits are required for Electrical, Plumbing, HVAC, and Demolition
* Permit becomes null and void if work is not commenced within 180 days or if work ceases or is abandoned or if no inspection is obtained for a period of 180 days.
* The City is not responsible to review the applicability of private covenants. Compliance with private plat covenants is the sole responsibility of the applicant/owner.
* For all work performed under this permit the applicant accepts full responsibility for compliance with the applicable Code and other applicable City Ordinances.
* For information call (303) 762-2356

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO**

Civil Action No. _____

CHARLES K. ASHLEY, JR.,

Plaintiff,

v.

CITY OF ENGLEWOOD, COLORADO; TAMARA NILES, in her Official Capacity; and ROBERT KELLERMAN,

Defendants.

)
)
)
)
)
)
)

**EXHIBIT B**

**Community Development Report measurements for 3316 Chenango Ave**

**Number of Pages: 10**

# Measurements for 3316 S Chenango (detached garage)

**Staff Present:**    Bryan Isham, Planning Manager, and Brook Bell, Principal Planner

**Date:**    August 10, 2023

**Time:**    Approximately 11:30 am

Measurements were taken at four (4) locations, identified below as Locations A, B, C, and D (see figure 1). Locations A through C measured the distance between the structure and the wooden fence to the west. Location D measured the width of the eaves.



*Figure 1: Approximate locations of measurements*

Location A



Figure 2                    Figure 3

Measurements at this location indicate that the structure is setback approximately five (5) feet one (1) inch from the wooden fence (See Figure 4).



Figure 4

Location B



Figure 5                              Figure 6                              Figure 7

Measurements at this location indicate that the structure is setback approximately five (5) feet from the wooden fence (see Figures 8 and 9 for additional views).



Figure 8: Enlarged area from Figure 9



Figure 9

Location C



Figure 10      Figure 11      Figure 12

Figure 13      Figure 14      Figure 15

Measurements at this location indicate that the structure is setback approximately five (5) feet from the wooden fence (see Figures 16 and 17 for additional views).



*Figure 16*



*Figure 17: Enlarged area from Figure 16*

Location D



Figure 18



Figure 19: Enlarged area from Figure 18

Measurements at this location indicate that the eaves extend approximately 25.5 inches from the structure itself (see Figure 19).

Analysis:



*Figure 20*



*Figure 21*

3316 W Chenango Avenue is currently zoned **R-1-A** (see Figures 20 and 21).

The required side setback for a detached garage in the R-1-A district it five (5) feet (see Englewood Municipal Code (EMC) Table 16-6-1.2 below).

| TABLE 16-6-1.2: SUMMARY TABLE OF DIMENSIONAL REQUIREMENTS FOR ACCESSORY STRUCTURES | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Use | Districts Allowed | Maximum Number | Max. Height (ft) | Minimum Setback (ft) | | | Maximum Total Floor Area (sq ft) | Add'l Regulations |
| | | | | Front | Side | Rear | | |
| Accessory Dwelling Units (ADUs) | R-1-C, R-2-A, R-2-B, MU-R-3-A, MU-R-3-B | 1-unit dwelling: 1 ADU | 26 | Entire structure shall be located within rear 35% of the lot | 3 | Garden cottage: 3<br><br>Carriage house: 6 If vehicle entrance faces street or side lot line: 3 | Residential portion of structure shall not exceed 650 square feet | |
| Detached garages and all carports | All Residential Districts | 1-unit dwelling: 1 garage and 1 carport, 2-unit dwelling: 1 garage and 1 carport per unit. More than two-unit dwelling: 1 garage or carport per unit | 16 | Shall conform to the zone district's minimum front setback applicable to the principal structure and to applicable residential development and design standards of this Chapter | R-1-A:   5 Other districts: 3 | If entrance faces alley: 6 If entrance faces street or side lot line: 3 | Combined maximum total floor area of all garages and carports shall not exceed 1,000 square feet per unit. | If a garage or carport is converted to another use, an equivalent amount of off-street parking shall be provided. When a garage or carport is converted to another use the existing driveway or carport in the front setback shall be subject to parking pad regulations, standards and guidelines. |

EMC § 16-6-1.F.5.b.1 (below) allows for eaves to project into required setback four inches for each foot of setback width. With a required five (5) foot setback, the eaves would typically be able to project **up to** 20 inches into the setback. Note that gutters are not counted as part of the eaves when determining the projection.

     5.    *Permitted Projection Into Setbacks/Yards.*

          a.    *Driveways/Sidewalks. Accessory driveways and sidewalks or walkways may encroach into any part of a required setback/yard.*

          b.    *Architectural Features. Architectural features, which include cornice, eave belt course, sills, canopies, roof overhangs, bay windows, vertical projections, or other similar architectural features, may project into required setbacks subject to the following conditions:*

              1.    ==*Projections into Required Side Setback: Four inches (4") for each foot of width of side setback required.*==

              2.    *Projections into Required Front or Rear Setback: Maximum of thirty inches (30").*

Based on measurements taken on August 10, 2023, the eaves of this particular structure extend approximately 25.5 inches from the structure. Planning staff that conducted the measurements **did not** conduct measurements to the property line, as the property line between the two lots was not indicated when staff arrived. The property owner of 3316 W Chenango Ave indicated that the property line is at the same location of the chain link fence, which is located on the opposite side of the wooden fence that the measurements were taken from (see Figure 22). If there is an additional five and a half (5.5) inches between where measurements were taken from and the property line that bisects the two lots, then there may not be a violation of EMC § 16-6-1.F.5.b.1. Since City staff members were not able to measure the distances from the property line itself, we are unable to determine whether the projection of the eaves into the setback constitutes a violation of the Englewood Municipal Code.

The expertise of a surveyor licensed in the State of Colorado may be needed to get an official measurement.



*Figure 22*



Figure 23

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO**

Civil Action No. _____

CHARLES K. ASHLEY, JR.,
Plaintiff,

v.

CITY OF ENGLEWOOD, COLORADO; TAMARA NILES, in her Official Capacity; and
ROBERT KELLERMAN,
Defendants.

)
)
)
)
)
)
)
)

**EXHIBIT C**

**Professional Land Survey Plat**
**For 3324 & 3316 W. Chenango Ave.**
**Conducted by Power Surveying Company Inc.**
**Dated September 19, 2023**

**Number of Pages: [3]**





DETACHED GARAGE

BLDG OVERHANG

ROOF GUTTER

3.9'

5.9'

5.9'

3.8

CHAIN LINK FENCE IS COINCIDENT WITH BOUNDARY

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO**

Civil Action No. _____

CHARLES K. ASHLEY, JR.,

Plaintiff,

v.

CITY OF ENGLEWOOD, COLORADO; TAMARA NILES, in her Official Capacity; and ROBERT KELLERMAN,

Defendants.

)
)
)
)
)
)
)

**EXHIBIT D**

**Email from Dave Lewis Jr., Codes Division Manager**

**City of Englewood Police Department**

**Dated August 17, 2023**

**Number of Pages: 1**

**From:** Dave Lewis Jr.
**Sent:** Thursday, August 17, 2023
**To:** Charles Ashley
**Subject:** Re: 3316 Chenango Ave.

Charles,

I know this is frustrating for you! I wish I was the person to provide you answers however, I am unable to do so. This type of concerns needs to go to the city subject matter expert which is the chief building official. A referral was sent today.

On a side note, I must recuse myself from rendering any professional advice or direction as I live on your block with my family which would be a conflict. I hope you understand the position I am in.

Regards,

Dave Lewis Jr. (he/him/his)
Codes Division Manager (Code Enforcement / Animal Protection / Park Ranger)
City of Englewood | Police Department
3615 S Elati St, Englewood, CO 80110
englewoodco.gov | o: 303.762.2338

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO**

Civil Action No. _____

CHARLES K. ASHLEY, JR.,

Plaintiff,

v.

CITY OF ENGLEWOOD, COLORADO; TAMARA NILES, in her Official Capacity; and ROBERT KELLERMAN,

Defendants.

)
)
)
)
)
)
)

**EXHIBIT E**

**Letter from Victoria McDermott, Deputy City Attorney**

**Dated June 13, 2023**

**Re: Alleged Setback Encroachment**

**Number of Pages: 2**

June 13, 2023

**Via E-mail and U.S. Mail**
Charley Ashley
3324 W Chenango Ave.
Englewood, CO 80110
ChasAshley@yahoo.com

Re: Alleged Setback Encroachment - Meet and Confer

Mr. Ashley:

I am writing to discuss your concerns about unequal code enforcement related to the setback requirements of Englewood Municipal Code ("EMC") for the detached garage structure located at 3316 W. Chenango Avenue, Englewood CO 80110 ("structure").

The property owner of 3316 W. Chenango applied for a building permit to construct the structure on February 20, 2019. The City reviewed the plans and specifications and granted the building permit on March 5, 2019, a copy of which is enclosed.

Since the structure is an accessory structure within the R-1-A Zoning District, it must comply with EMC § 16-6-1.2 dimensional requirements. These requirements mandate a 5-foot setback for detached garages and all carports. However, architectural features such as cornice, eave belt course, sills, canopies, roof overhangs, bay windows, vertical projections, or similar architectural features may project into the required setback under EMC § 16-6-1.F.5(b). Projections into the required side setback are allowed up to four inches (4") for each foot of width of the side setback required EMC § 16-1-1.2. Gutters are excluded from architectural features under EMC § 16-61.G.2.b(4), and as a result, may extend into the required setback.

The building permit issued by the City in 2019 did not indicate any issues regarding the required setbacks. Following your call on April 21, 2023 expressing concerns, City Planner Ryan Herring inspected the structure with homeowner approval. Mr. Herring measured the width of the eave as approximately 1 foot, 8 inches. However, based on the location between the eave and the estimated location of the property line, Mr. Herring measured a distance of 3 feet, 4 inches. This measurement, along with the measurements obtained in 2019 when the building permit was granted, led Mr. Herring to conclude that the structure meets the setback requirements under EMC.

We understand that you took measurements and dispute the City's findings. If the property owner approves, we would like to arrange a time to conduct another measurement of the structure and setback with you.

Finally, to the extent that we cannot amicably resolve this dispute and you intend to pursue a claim against the City, please file a written notice of claim within 182 days of the date of discovery of the alleged injury. You may deliver or send the claim by registered or certified mail to the City Attorney's Office, 1000 Englewood Parkway, Englewood, CO 80110.

To comply with state law (a copy of which is enclosed), please include the following:

- The name and address of the person making the claim and the name and address of that person's attorney, if any;
- A concise statement of the factual basis of the claim, including the date, time, place, and circumstances of the act, omission, or event which is the basis of the claim;
- The name and address of any public employee involved, if known;
- A concise statement of the nature and the extent of the injury/damages claimed to have been suffered;
- A statement of the amount of monetary damages that is being requested.

Copies of all documents supporting your claim will expedite our review and ability to secure funding if appropriate.

We encourage you to consult an attorney if you have any questions regarding this state law or your rights and obligations.

Thank you for bringing this matter to our attention. We hope to resolve this issue soon.

Sincerely,

Victoria McDermott

Victoria McDermott
Deputy City Attorney
vmcdermott@englewoodco.gov

Enc.: C.R.S. § 24-10-109; 2019 Permit

Tamara Niles, City Attorney • Victoria McDermott, Deputy City Attorney • Sergio Renteria, Assistant City Attorney
1000 Englewood Pkwy • Englewood, CO 80110 • 303-762-2320 • www.englewoodco.gov

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO**

Civil Action No. _____

CHARLES K. ASHLEY, JR.,

Plaintiff,

v.

CITY OF ENGLEWOOD, COLORADO; TAMARA NILES, in her Official Capacity; and ROBERT KELLERMAN,

Defendants.

)
)
)
)
)
)
)

**EXHIBIT F**

**Englewood Municipal Code Sections**

**EMC § 16-6-1.2, § 16-6-1.F.5(b), § 16-61.G.2.b(4)**

**Number of Pages: 1**

## ENGLEWOOD MUNICIPAL CODE (EMC)

### § 16-6-1.2 DIMENSIONAL REQUIREMENTS

Detached garages and all carports in R-1-A Zoning Districts must maintain a minimum setback of 5 feet from all property lines.

### § 16-6-1.F.5(b) ARCHITECTURAL PROJECTIONS

Architectural features including but not limited to cornices, eaves, belt courses, sills, canopies, roof overhangs, bay windows, and other similar architectural features may project into any required yard setback. Projections into the required side yard setback shall not exceed four inches (4") for each foot of width of the required side yard setback.

### § 16-61.G.2.b(4) GUTTERS EXEMPTED

Gutters, downspouts, and other water management features are expressly excluded from the definition of architectural features and shall not be considered projections for the purposes of setback requirements. Such features may extend beyond the building line into any required setback.

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO**

Civil Action No. _____

CHARLES K. ASHLEY, JR.,

Plaintiff,

v.

CITY OF ENGLEWOOD, COLORADO; TAMARA NILES, in her Official Capacity; and ROBERT KELLERMAN,

Defendants.

)
)
)
)
)
)
)

**EXHIBIT G**

**Photos of property**

**Number of Pages: 4**







